```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
    VERONICA MADDY,                              :
                                                 :
                            Plaintiff,           :
                                                 :
                -against-                        :
                                                 :
    MSP DIGITAL, LLC,                            :
                                                 :
                            Defendant.           :
------------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 6, 2022

22-cv-4681 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties shall submit a joint status report by **October 14, 2022.** The submission shall address whether Plaintiff intends to move for default against Defendant for failure to respond and whether Defendant will be filing a response forthwith .

**SO ORDERED.**

Dated:   **October 6, 2022**
         **New York, New York**

*[signature: Andrew L. Carter]*

_____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**