**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **VERONICA MADDY**, *on behalf of herself and all others similarly situated,*<br><br>               **Plaintiff,**<br><br>          **-against-**<br><br>**MSP DIGITAL, LLC,**<br><br>              **Defendant.** | **22-cv-4681 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' joint letter at ECF No. 9 in which Plaintiff requests leave to file a motion for default judgment and Defendant requests leave to file a response to the Complaint by October 19, 2022.  ECF No. 9.

      Plaintiff is DIRECTED to seek a certificate of default by **October 26, 2022**.  Plaintiff may then move for default judgment in accordance with the undersigned's individual rules within **thirty (30) days** of entry of the certificate of default.  Defendant's response (if any) must be filed within **fourteen (14) days** of Plaintiff's motion.

**SO ORDERED.**

Dated:    October 19, 2022
          New York, New York

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**