```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VERONICA MADDY,

                                 Plaintiff,                        22-CV-04681 (ALC)(SN)

             -against-                          **SETTLEMENT CONFERENCE ORDER**

MSP DIGITAL, LLC,

                                 Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for Tuesday, February 14, 2023, at 2:00 p.m. By February 7, 2023, the parties shall inform the Court if the conference will be held in-person or remote.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Tuesday, February 7, 2023.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                      _____
                                                                    SARAH NETBURN
DATED:    December 14, 2022                 United States Magistrate Judge
              New York, New York